FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 SEP 18 PM 2:25

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. CCB-12-0318 |
| GEORGE FRIMPONG EBO-AMISSAH<br>a/k/a "Wagba"<br>a/k/a "Abdallah"<br>a/k/a "Salifu Abdullah," | : | |
| Defendant | : | |

.oOo.

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland and Kenneth S. Clark, Assistant United States Attorney for said District, respectfully requests an order from the Court unsealing the Indictment in part in this case, and in support states the following: On June 6, 2012, this Court sealed the Indictment in the above-captioned matter because the defendant had not yet been arrested. On September 17, 2013, the defendant was extradited to the United States. As a result, there is no further need to keep the Indictment sealed. Thus, the Government hereby moves to unseal the Indictment in this case. A proposed Order is attached for the Court's consideration.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Kenneth S. Clark
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201