AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 SEP 18 A 11: 14

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

RECEIVED
U.S. MARSHALS

2012 JUN -7 A 9 08

United States of America
v.
George Frimpong Ebo-Amissah aka "Wagba", aka "Abdallah", aka "Salifu Abdullah"
*Defendant*

Case No. CCB-12-0318

RECEIVED U.S. MARSHALS
2012 JUN -7 P 2 52

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  George Frimpong Ebo-Amissah aka "Wagba", aka "Abdallah", aka "Salifu Abdullah",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: Conspiracy to Import Heroin, Importation of Heroin, & Conspiracy to Distribute and Possess with Intent to Distribute Heroin.

Date:  June 7, 2012

_____
By: Deputy Clerk

Address:  101 W. Lombard Street
Baltimore, Md. 21201

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

| Return |
|---|
| This warrant was received on *(date)* 9/17/2013 , and the person was arrested on *(date)* 9/17/2013 at *(city and state)* Baltimore, Maryland . |
| Date: 9/17/2013       _____ Arresting officer's signature |
| DUSM Lisa M. Spagnuolo *Printed name and title* |